AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.
ADRIAN NAVARRO ACINO
AKA FABIAN NAVARRO-ALIAGA

*Defendant(s)*

Case No. 2:26-mj-717

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 10/26/2026 in the county of Delaware in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. §§ 1326 (a) & (b)(1) | illegal re-entry by an alien after a felony conviction |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

CHRISTOPHER R ZEHNER Digitally signed by CHRISTOPHER R ZEHNER Date: 2026.11.12 06:59:32 -05'00'

*Complainant's signature*

Christopher R Zehner, Deportation Officer (ICE)

*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 12, 2026

City and state: Columbus, Ohio

Kimberly A. Jolson
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **IN THE MATTER OF THE CRIMINAL COMPLAINT OF:** | ) ) | |
| | ) | **Case No.** 2:26-mj-717 |
| **ADRIAN NAVARRO ACINO aka FABIAN NAVARRO-ALIAGA** | ) ) | |

**AFFIDAVIT OF CHRSTOPHER R. ZEHNER IN**
**SUPPORT OF A CRIMINAL COMPLAINT**

1. I, United States (U.S.) Immigration and Customs Enforcement (ICE) Deportation Officer Christopher R. Zehner, being first duly sworn, depose and state as follows:

2. I am a Deportation Officer with 1 year of experience as a Deportation Officer with the U.S. Immigration and Customs Enforcement (ICE). I am assigned to the Office of Enforcement and Removal Operations located in Westerville, Ohio. I have investigated both criminal and administrative matters involving aliens in the U.S. I have successfully completed The Enforcement and Removal Operations Basic Virtual Deportation Officer Training Program 21611. Glynco, Georgia.

3. While investigating **ADRIAN NAVARRO ACINO,** I have learned the following facts:

4. **NAVARRO ACINO** is a citizen of Mexico and not a citizen of the United States.

5. On or about February 18, 2013, **NAVARRO ACINO** was arrested by the U.S. Border Patrol (USBP) at or near Laredo, TX. On or about February 18, 2013 **NAVARRO ACINO** was served Immigration Form I-860 (Notice and Order of Expedited Removal), charging inadmissibility pursuant to 8 U.S.C. § 1182(a)(7)(A)(i)(I). On or about February 18, 2013, **NAVARRO ACINO** was ordered removed to Mexico by the Deciding Official in Laredo, TX pursuant to section 235(b)(1) of the Immigration and Nationality Act. On or about February 18, 2013, **NAVARRO ACINO** was physically removed to Mexico via San Luis, Arizona. On or about that date, **NAVARRO ACINO** surrendered his fingerprint and photo for Immigration Form I-296 (Notice to Alien to Alien Ordered Removed/Departure Verification) which he signed. **NAVARRO ACINO** departure was witnessed and Form I-296 was signed by an Immigration Officer.

6. On or about April 8, 2013, **NAVARRO ACINO** was arrested by the U.S. Border Patrol (USBP) at or near Rio Grande City, Texas On or about February 18, 2013, **NAVARRO ACINO** was served Immigration Form I-871 (Reinstatement of Deport Order), charging inadmissibility pursuant to 8 U.S. C. § 1182(a)(7)(A)(i)(I). On or about April 8, 2013,

**NAVARRO ACINO** was ordered removed to Mexico by the Deciding Official in Laredo, TX pursuant to section 235(b)(1) of the Immigration and Nationality Act. On or about April 4, 2013, **NAVARRO ACINO** was physically removed to Mexico via Brownsville Gateway.

7. On or about May 19, 2013, **NAVARRO ACINO** was arrested by the U.S. Border Patrol (USBP) at or near Tecate, CA. On or about May 29, 2013, **NAVARRO ACINO** was served Immigration Form I-860 (Notice and Order of Expedited Removal), charging inadmissibility pursuant to 8 U.S.C. § 1182(a)(7)(A)(i)(I). On or about February 18, 2013, **NAVARRO ACINO** was ordered removed to Mexico by the Deciding Official in San Luis, AZ. pursuant to section 235(b)(1) of the Immigration and Nationality Act. On or about February 18, 2013, **NAVARRO ACINO** was physically removed to Mexico via San Luis, Arizona.

8. On or about October 2, 2013, **NAVARRO ACINO** was arrested by the U.S. Border Patrol (USBP) at or near Tecate, CA. On or about October 2, 2013, **NAVARRO ACINO** was served Immigration Form I-860 (Notice and Order of Expedited Removal), charging inadmissibility pursuant to 8 U.S.C. § 1182(a)(7)(A)(i)(I). On or about October 2, 2013, **NAVARRO ACINO** was ordered removed to Mexico by the Deciding Official in San Luis, AZ. pursuant to section 235(b)(1) of the Immigration and Nationality Act. On or about October 2, 2013, **NAVARRO ACINO** was physically removed to Mexico via San Luis, Arizona.

**9.** On or about December 18, 2015, in The United States District Court for the Southern District of Ohio (Columbus), **NAVARRO ACINO** was convicted of unlawful reentry into the United States by a removed alien in violation of 8 U.S.C. § 1326 in case number 2:15-cr-00217.

10. On or about December 15, 2015 , **NAVARRO ACINO** was arrested by the U.S. Immigration and Customs's Enforcement (ICE) at or near Columbus, Ohio. On or about December 15, 2015, **NAVARRO ACINO** was served Immigration Form I-871 (Reinstatement of Deport Order), charging inadmissibility pursuant to 8 U.S.C. § 1182(a)(7)(A)(i)(I). On or about December 15, 2015, **NAVARRO ACINO** was ordered removed to Mexico by the Deciding Official in Laredo, Texas pursuant to section 235(b)(1) of the Immigration and Nationality Act. On or about April 4, 2013, **NAVARRO ACINO** was physically removed to Mexico via Laredo, Texas.

11. On or about June 27, 2017, NAVARRO ACINO was arrested by the U.S. Border Patrol (USBP) at or near Santa Teresa, NM. On or about June 27, 2017, **NAVARRO ACINO** was served Immigration Form I-860 (Notice and Order of Expedited Removal), charging inadmissibility pursuant to 8 U.S.C. § 1182(a)(7)(A)(i)(I). On or about June 27, 2017, **NAVARRO ACINO** was ordered removed to Mexico by the Deciding Official in Santa Teresa, NM pursuant to section 235(b)(1) of the Immigration and Nationality Act. On or about June 27, 2017, **NAVARRO ACINO** was physically removed to Mexico via EL Paso, Texas.

**12.** On or about March 28, 2017, in The United States District Court for the District of New Mexico (Las Cruces)**, NAVARRO ACINO** was convicted of Illegal Re-Entry in violation of 8 U.S.C. § 1326 in case number 2:17-cr-00029-WJ.

13. On or about September 27, 2026, the Delaware County Sheriff's Office arrested **NAVARRO ACINO** on an active warrant. The LESC then returned an electronic notification to ICE Columbus, OH notifying ICE Columbus that **NAVARRO ACINO** is residing in the U.S. without lawful status and that **NAVARRO ACINO** has not been granted permission from the Attorney General of the U.S. or the Secretary of the U.S. Department of Homeland Security to reenter the U.S.

14. Your Affiant uses the above facts to establish probable cause for a violation of 8 U.S.C. §§ 1326(a) and (b)(1), an alien who: notwithstanding subsection (a), in the case of any alien described in such subsection whose removal was subsequent to a conviction for commission of a felony, such alien shall be under such title, imprisoned not more than 10 years, or both.

CHRISTOPHER R ZEHNER Digitally signed by CHRISTOPHER R ZEHNER Date: 2026.11.12 07:04:06 -05'00'

Christopher R. Zehner
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 12th day of November.

Kimberly A. Jolson
United States Magistrate Judge